**Order entered April 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01553-CR

### THE STATE OF TEXAS, Appellant

### V.

### DAVID MICHAEL SHINSKIE, Appellee

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. M14-57777-E**

## ORDER
Before Justices Lang-Miers, Evans, and Brown

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.

/s/ ADA BROWN
JUSTICE